**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| LEWIS I. HAGAN, et al., : | Civil Case No.: 06-4491 (JAG) |
| Plaintiffs, : |  |
| v. : | **O R D E R** |
| GRACE ROGERS, Administrator, : et al., : |  |
| Defendants. : |  |

For the reasons expressed in the Opinion filed herewith,

IT IS on this  7th  day of   May  , 2007;

ORDERED that the instant case is hereby REOPENED; and it is further

ORDERED that Plaintiffs James Hemphill, Charles Slaughter, Romoncito Ramos, and Robert P. Watson are dismissed from this action; and it is further

ORDERED that the Clerk of the Court shall open a new case for each of the dismissed Plaintiffs, and shall assign each of the newly-opened cases to the same judge who is assigned to this case; and it is further

ORDERED that the Clerk shall enter the Opinion and Order in this case on the docket in each of the newly-opened cases; and it is further

ORDERED that the Clerk shall file each dismissed Plaintiff's Application to Proceed In Forma Pauperis, each dismissed

Plaintiff's Application for Pro Bono counsel, and each dismissed Plaintiff's attachment to the Complaint (which are labeled by Plaintiff) in that Plaintiff's newly-opened case; and it is further

ORDERED that, within 30 days after entry of this Order, each of the dismissed Plaintiffs may indicate his intent to proceed with his claims by filing an Amended Complaint or other written document in that Plaintiff's newly-opened case; and it is further

ORDERED that, if any of the dismissed Plaintiffs fail to file such a writing or Amended Complaint indicating their intent to proceed, such Plaintiff's Complaint shall be deemed withdrawn, and such Plaintiff's case shall be closed without further notice.

    S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.